JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CLAIRE MILLER-SIMMONS, JERRY SIMMONS, ALICE McMURRIN, and WENDELL McMURRIN,

Plaintiffs,

v.

PRINCESS LODGES, LTD,

Defendant.

Case No. CV 20-5608 PA (MRWx)

JUDGMENT OF DISMISSAL

In accordance with the Court's July 21, 2020 Minute Order dismissing the action filed by plaintiffs Claire Miller-Simmons, Jerry Simmons, Alice McMurrin, and Wendell McMurrin (collectively "Plaintiffs") for lack of subject matter jurisdiction, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed by Plaintiffs is dismissed without prejudice.

DATED: August 3, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE